UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARY ANN WARFIELD,**

    **Plaintiff,**

v.	                                                                **Case No: 5:13-cv-116-Oc-22PRL**

**PUBLIX SUPER MARKETS, INC.**

    **Defendant.**

_____

## ORDER

Defendant Publix Super Markets, Inc. moves to compel answers to its discovery requests. (Doc. 20).  Rather than responding to the motion, Plaintiff has instead filed a Notice of Service of Answers to Interrogatories (Doc. 21) and Notice of Serving Response to Defendant's First Set of Request for Production (Doc. 23), both purportedly made under Florida's rules of civil procedure.  Although it appears by these Notices that Defendant's Motion to Compel is now moot (and is due to be denied as such), Plaintiff is cautioned that this practice does not conform to the proper procedures of the Federal Rules of Civil Procedure, or the Local Rules of this Court.

    It is **ORDERED** that the motion (**Doc. 20**) is **denied as moot**.

    **DONE** and **ORDERED** in Ocala, Florida on August 2, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties